<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6326**
_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

LATONYA RENEE DAVIS, a/k/a Pooh,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.   Joseph F. Anderson, Jr., Senior District Judge.   (0:04-cr-00898-JFA-2; 0:14-cv-02739-JFA)

_____

Submitted:  June 29, 2015                Decided:  July 1, 2015

_____

Before MOTZ, KING, and SHEDD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Latonya Renee Davis, Appellant Pro Se.   Beth Drake, Stacey Denise Haynes, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Latonya Renee Davis seeks to appeal the district court's order dismissing as untimely her 28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Davis has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED